Case 8:24-mj-01570-GLS   Document 1-1   Filed 06/27/24   Page 1 of 7

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
2:01 pm, Jun 27 2024
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____rja_____Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 8:24-mj-01049-GLS |
| ERIC EUGINE CAVALIER | ) |
| *Defendant.* | ) |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Meghan E. Blasi, a Special Agent with the Architect of the Capitol, Office of Inspector General, being first duly sworn, hereby depose and state as follows:

### PURPOSE OF AFFIDAVIT

1. This Affidavit is submitted in support of a Criminal Complaint charging ERIC EUGINE CAVALIER with violations of 18 U.S.C. § 641 (Public money, property, or records), as identified below.

2. I respectfully submit that this Affidavit establishes probable cause to believe that **CAVALIER** did knowingly and illegally obtain copper wiring and other related electrical items from the Architect of the Capitol in Washington, D.C. without prior authorization. Furthermore, **CAVALIER** knowingly and intentionally sold the copper wiring belonging to the agency, to scrap metal facilities in Waldorf, Maryland for personal financial profit.

### AGENT BACKGROUND

3. I am a Special Agent with the Architect of the Capitol, Office of Inspector General where I have served since October 2021. I successfully graduated from the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia

1

in 2012. Prior to serving as a Special Agent with the Architect of the Capitol, Office of Inspector General, I was a Special Agent with the United States Capitol Police assigned to the Criminal Investigation Section. I have conducted numerous investigations involving illegal activity both locally and interstate, to include violations of D.C. and Federal Criminal Code. As a result of these investigations, I have investigated and participated in the investigations of a variety of criminal matters and, among other things, have conducted or participated in surveillances, investigative interviews, the service of Administrative and Grand Jury subpoenas, reviews of records, the execution of search warrants involving both physical and electronic evidence, and carrying out numerous arrest warrants.

4. The facts and information contained in this Affidavit are based on my personal knowledge and observations made during this investigation, information conveyed to me by other law enforcement personnel involved in this investigation, and a review of records, documents, and other physical evidence obtained during this investigation. This Affidavit contains information necessary to support probable cause and is not intended to include every fact and matter observed by me or known to the Architect of the Capitol, a government entity responsible for preserving and maintaining the historic buildings, monuments, art, and gardens of the United States Capitol campus and grounds.

## STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE

5. On September 19, 2023, the Architect of the Capitol, Office of Inspector General, received an allegation from Detective Mashall C. Furr, Charles County Sheriff's Office, that **CAVALIER**, an Electrician Supervisor for the Construction Branch, Office of the Chief Engineer for the Architect of the Capitol, was stealing copper material from the Architect of the Capitol and selling it to scrap metal facilities located in Waldorf, Maryland. Detective Furr provided the Office

of Inspector General with a detailed purchase history report from Potomac Metals, Inc. located in Waldorf, Maryland that contained all sales of copper material made by **CAVALIER** between September 24, 2020, and September 13, 2023. During this time, **CAVALIER** had 65 transactions totaling $62,887.25. These transactions were primarily for insulated and bare bright copper wire. There was also a "#1 CU" transaction listed for **CAVALIER** which appeared to be copper piping. The Potomac Metals Inc. records indicated **CAVALIER** used his Maryland issued Driver's License to complete the transactions. Potomac Metals Inc. also provided video surveillance footage of **CAVALIER** selling the copper materials and receiving the payment in cash from the Potomac Metals Inc. ATM for transactions made on September 1, 2023, and September 13, 2023.

| Transaction Date: | Item Description: | Dollar Amount Received: |
| --- | --- | --- |
| September 24, 2020 | Bare Bright Copper | $397.50 |
| September 30, 2020 | Bare Bright Copper | $327.50 |
| November 20, 2020 | Bare Bright Copper | $537.95 |
| March 26, 2021 | Bare Bright Copper | $396.00 |
| April 2, 2021 | Bare Bright Copper | $676.50 |
| April 28, 2021 | Bare Bright Copper | $777.45 |
| May 3, 2021 | Bare Bright Copper | $919.45 |
| May 11, 2021 | Bare Bright Copper | $2,050.35 |
| May 27, 2021 | Bare Bright Copper and ICW #1 | $2,483.15 |
| June 5, 2021 | Bare Bright Copper | $1,240.20 |
| August 30, 2021 | Bare Bright Copper | $1,505.20 |
| September 26, 2021 | Bare Bright Copper | $852.15 |
| September 27, 2021 | Bare Bright Copper | $873.30 |
| October 5, 2021 | Bare Bright Copper and ICW #1 | $1,232.90 |
| October 7, 2021 | ICW #1 | $1,389.75 |
| October 22, 2021 | ICW #1 | $1,191.10 |
| October 29, 2021 | Bare Bright Copper | $645.00 |
| November 1, 2021 | ICW #1 | $972.00 |
| November 5, 2021 (1:17 p.m.) | Bare Bright Copper | $924.00 |
| November 5, 2021 (1:44 p.m.) | Bare Bright Copper and ICW #1 | $279.25 |
| November 30, 2021 | ICW #1 | $1,123.70 |
| December 20, 2021 | ICW #1 | $770.10 |
| December 21, 2021 | ICW #1 | $981.75 |
| March 31, 2022 | ICW #1 | $761.60 |

| | | |
|---|---|---|
| April 4, 2022 (3:40 p.m.) | ICW #1 | $1,212.40 |
| April 4, 2022 (3:49 p.m.) | ICW #2 | $116.00 |
| April 8, 2022 | ICW #1 | $996.80 |
| April 15, 2022 | ICW #1 | $929.10 |
| April 18, 2022 | ICW #1 | $1,752.80 |
| 4/20/2022 (1:11 p.m.) | ICW #1 | $1,192.80 |
| April 20, 2022 (2:06 p.m.) | ICW #2 | $97.15 |
| April 26, 2022 | ICW #1 | $993.60 |
| May 4, 2022 (9:45 a.m.) | Bare Bright Copper | $90.50 |
| May 4, 2022 (4:00 p.m. | ICW #1 | $1,011.40 |
| May 6, 2022 | ICW #1 | $855.40 |
| May 19, 2022 | ICW #1 | $1,990.00 |

**Total Profit: $62,887.25**

6. On September 14, 2023, prior to contacting the Office of Inspector General, Detective Furr telephonically interviewed **CAVALIER**. During this conversation, **CAVALIER** confirmed to Detective Furr that he currently worked for the Architect of the Capitol as an Electrician Supervisor and that he did not have additional outside employment, nor did he conduct any side business pertaining to his electrical work. Further, when Detective Furr questioned **CAVALIER** regarding his abundance of copper sales to the scrap metal facilities and where he had obtained the material, he stated that he had been "stockpiling it from different jobs."

7. Further, I obtained documentary evidence from Waldorf Metal Company located in Waldorf, Maryland pertaining to the sale of copper materials made by **CAVALIER** between November 2015 and December 2023. During this time, **CAVALIER** had 17 transactions totaling $8,786.25.

| **Transaction Date:** | **Item Description:** | **Dollar Amount Received:** |
|---|---|---|
| November 25, 2015 | Bare Bright Copper | $209.60 |
| February 10, 2022 | Bare Bright Copper | $288.80 |
| March 11, 2022 | Bare Bright Copper | $916.50 |
| March 24, 2022 | Bare Bright Copper | $514.80 |
| April 29, 2022 | Bare Bright Copper | $311.25 |

4

| | | |
|---|---|---|
| June 29, 2022 | ICW | $416.25 |
| October 20, 2022 | Bare Bright Copper | $1,023.00 |
| October 27, 2022 | Bare Bright Copper | $242.00 |
| December 15, 2022 | Bare Bright Copper | $179.80 |
| April 12, 2023 | Bare Bright Copper | $368.50 |
| June 28, 2023 | Bare Bright Copper | $274.50 |
| July 5, 2023 | ICW | $292.50 |
| July 12, 2023 | ICW | $630.00 |
| July 25, 2023 | Bare Bright Copper | $315.00 |
| August 9, 2023 | Bare Bright Copper | $929.25 |
| October 6, 2023 | Bare Bright Copper | $589.00 |
| December 1, 2023 | Bare Bright Copper/ICW | $1,285.50 |

**Total Profit: $8,786.25.**

8. On September 27, 2023, I went to the Architect of the Capitol's off-site storage facility located in Hayattsville, Maryland where construction materials for the Capitol Grounds are stored. It was determined that the Architect of the Capitol leases the space and therefore does not have surveillance cameras at this location. I conducted a walk-through of the facility and took photographs of the materials in storage. It was determined that the copper wire and piping observed at the off-site facility was similar when compared to photographic evidence of the materials **CAVALIER** sold to Potomac Metals Inc.

9. On December 13, 2023, I conducted an interview of **CAVALIER**. **CAVALIER** admitted to taking copper wiring from the off-site storage facility located in Hyattsville, Maryland. **CAVALIER** took the copper wiring from the facility by transporting the materials in an Architect of the Capitol issued work van or truck and would then transfer the materials to his personal vehicle located in the Rayburn House Office building garage. When questioned how much copper wiring he took at one time, **CAVALIER** stated he would take, "A spool here. A spool there." **CAVALIER** admitted to conducting all transactions involving the sale of copper wiring and

piping made between 2015 to 2023 to include an additional sale on December 7, 2023, of copper wire to Potomac Metals Inc. located in Springfield, Virginia which involved materials taken from the Architect of the Capitol. The total dollar amount that **CAVALIER** received for this transaction was $1,625.00. When questioned why he would change his pattern from originally selling copper wire only in Waldorf, Maryland, **CAVALIER** stated that he was off that day and went shopping in Virginia. **CAVALIER** stated that since 2015 he believed that he obtained at least a $20,000 personal profit to pay for his son's college tuition, make payments on his personal Library of Congress Credit Union credit card, and a personal tax bill. **CAVALIER** admitted to stripping the copper wiring at his residence prior to selling it to the scrap metal facilities.

10. Following the interview, **CAVALIER** consented to a search of his Honda Accord (Silver), 4-door sedan bearing MD Tag: 1CT771 and a Chevrolet Tahoe (Tan), 4-door SUV bearing MD Tag: 8DR2912. Additionally, **CAVALIER** consented to a search of his residence to include only the attached garage and surrounding premises located in Port Tobacco, Maryland.

11. I recovered the following evidence from the consent to search:

- Item 1: Green Copper Wire.
- Item 2: White wrapping consistent with copper wire/insulation.
- Item 3: Purchase Order receipt for the sale of $1,285.50.
- Item 4: Black insulation consistent with copper wire.
- Item 5: White wrapping consistent with copper wire/insulation.
- Item 6: Black insulation consistent with copper wire.
- Item 7: Brown insulation consistent with copper wire.
- Item 8: Brown insulation consistent with copper wire.
- Item 9: Blue insulation consistent with copper wire.
- Item 10: Orange & yellow insulation consistent with copper wire.
- Item 11: Yellow insulation consistent with copper wire.
- Item 12 Multiple rolls and types of unstripped wire.
- Item 13: Copper wire.
- Item 14: Miscellaneous copper scraps.

12.     On December 14, 2023, I interviewed **CAVLIER**'s first line supervisor ("W-1"). W-1 advised that **CAVALIER** had confessed to him that he had been stealing copper wire from the Architect of the Capitol.

## CONCLUSION

13.     In total, **CAVALIER** made 83 transactions between both Potomac Metals, Inc., and Waldorf Metal Company between 2015 and 2023 and unlawfully obtained a total financial profit of $73, 298.50 for the sale of stolen copper materials from the Architect of the Capitol. Based on the foregoing, I submit that there is probable cause to believe that **CAVALIER** violated 18 U.S. Code § 641 (Public money, property, or records) as identified and described above. I hereby affirm that the above is true to the best of my knowledge and belief.

_____
Special Agent Meghan E. Blasi, AOC, OIG

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) this __25th__ day of ____April_____ 2024.

_____
The Hon. Gina L. Simms
United States Magistrate Judge

7